[Nos. 55711-4-I; 55782-3-I. Division One. July 24, 2006.]

*In the Matter of the Estate of JAMES ALLEN HENDRIX.*

*In the Matter of the Revocable Living Trust of JAMES ALLEN HENDRIX.*

LEON MORRIS HENDRIX, *Appellant,* v. THE ESTATE OF JAMES ALLEN HENDRIX ET AL., *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 02-4-02569-0, Jeffrey M. Ramsdell, J., entered January 14, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Schindler, A.C.J., and Cox, J.

[No. 55937-1-I. Division One. July 24, 2006.]

HUCKLEBERRY TRUST, *Appellant,* v. THE CITY OF MEDINA ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-10447-5, Mary Yu, J., entered February 25, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker and Cox, JJ.

[No. 55991-5-I. Division One. July 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. LUIS E. DIAZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-00355-1, Laura C. Inveen, J., entered March 30, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56298-3-I. Division One. July 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BOBBY D. COLBERT, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 04-1-00497-6, Susan K. Cook, J., entered March 31, 2005. *Affirmed* by unpublished per curiam opinion.